**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TOBY LEE ANTOINE** | **DOCKET NO. 2:23-cv-1609** |
| **D.O.C. # 482449** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| | |
| **WARDEN** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**IT IS ORDERED, ADJUDGED AND DECREED** that petitioner be barred from filing additional petitions or other actions relating to this conviction in federal court without first obtaining leave of court.

**THUS DONE AND SIGNED** in chambers this 14th day of November, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**